# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** : | **CIVIL ACTION** |
| *Plaintiff* : | |
| : | **NO. 19-2245** |
| **v.** : | |
| : | |
| **DENNIS MCOWEN** : | |
| *Defendant* : | |

# O R D E R

**AND NOW**, this 16th day of June 2020, upon consideration of Plaintiff's *motion to compel Defendant's responses to Plaintiff's discovery requests*, [ECF 27], it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, Defendant shall serve responses to Plaintiff's discovery requests and Defendant's initial disclosures by June 26, 2020. If appropriate, Plaintiff may file a motion for an award of attorney's fees and costs, with adequate support thereof, pursuant to Federal Rule of Civil Procedure 37.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*